UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,

          Plaintiff,

-against-

SHUK, INC., et al.,

          Defendants.
-----------------------------------------------------X

**CORRECTED REPORT AND RECOMMENDATION**

05 CV 3453 (JG)

On September 15, 2006, this Court issued a Report and Recommendation that was subsequently adopted by Judge Gleeson in his Order on October 4, 2006. In the Report, this Court recommended an award to plaintiffs in the amount of $1,141,256.24. That total neglected to include the $5,000 deductible which had also been recommended in the Report. Accordingly, it is now respectfully recommended that the total award to plaintiff be corrected to reflect the inclusion of the $5,000 deductible, and award a total corrected amount of $1,146,256.24.

Any objections to this Corrected Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within ten (10) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's order. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; Small v. Secretary of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

The Clerk is directed to mail copies of this Corrected Report and Recommendation to the parties.

**SO ORDERED.**
Dated: Brooklyn, New York
      October 13, 2006

/s/ Cheryl Pollak
CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE