UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HARTFORD FIRE INSURANCE COMPANY,   JUDGMENT
                Plaintiff,                                            05-CV- 3453 (JG)

        -against-

SHUK, INC., et al.,

                Defendants.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 27, 2006, adopting a Corrected Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated October 13, 2006; and directing the Clerk of Court to enter judgment awarding plaintiff a total corrected award of $1,146,256.24; it is

ORDERED and ADJUDGED that the Corrected Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted in its entirety; and that judgment is hereby entered in favor of plaintiff, Hartford Fire Insurance Company, and against defendants, Shuk, Inc., et al., awarding plaintiff a total corrected award of $1,146,256.24.


Dated: Brooklyn, New York
       October 30, 2006                              s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court